**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-6526**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GERALD DAVID DAVAGE,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CR-94-41-PJM, CA-00-750-JFM)

───────────────

Submitted:  June 20, 2000         Decided:  July 10, 2000

───────────────

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Gerald David Davage, Appellant Pro Se.  Bryan Edwin Foreman, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald D. Davage appeals the district court's order dismissing his independent action to set aside the judgement in Davage's previous 28 U.S.C.A. § 2255 (West Supp. 2000) motion to vacate. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Davage, Nos. CR-94-41-PJM; CA-00-750-JFM (D. Md. Mar. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2